**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00433-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  ANTHONY C. JONES,

        Defendant.

---

**MINUTE ORDER[1]**

---

        Due to a conflict arising on the court's calendar, the continuation of the jury trial in 10-cv-01569-REB-KMT, ***Duran v. Koehler***, the sentencing hearing set for Friday, November 2, 2012, is **VACATED** and is **CONTINUED** pending further order of court. On **October 31, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter.  Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

        Dated:  October 22, 2012

---

        [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.